Eli Pommerville, defendant in error, v. Windale Hotel Company et al., plaintiffs in error. Gen. No. 36,160.

Opinion filed February 6, 1933.

Connell & Gombiner and C. B. Haffenberg, for plaintiffs in error; Reuben R. Stein, of counsel. No appearance for defendant in error.
Mr. Justice Matchett delivered the opinion of the court.